**DISMISS; Opinion Filed April 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01102-CV

### CARLOS VAUGHN, Appellant
### V.
### JOHN CREUZOT, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14213**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

Appellant's brief in this case is overdue. By postcard dated December 2, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/ Douglas S. Lang/
131102F.P05
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLOS VAUGHN, Appellant

No. 05-13-01102-CV     V.

JOHN CREUZOT, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-14213.
Opinion delivered by Justice Lang.   Justices Moseley and Francis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JOHN CREUZOT recover his costs of this appeal from appellant CARLOS VAUGHN.

Judgment entered this 3rd day of April, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE